IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TERRI M.,

          Plaintiff,

v.                                                CIVIL ACTION NO.   3:23-0769

MARTIN J. O'MALLEY,
Commissioner of Social Security Administration,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny the Plaintiff's request for remand (ECF No. 5), grant the Defendant's request to affirm the decision of the Commissioner (ECF No. 6); affirm the decision of the Commissioner; and dismiss this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **DENIES** Plaintiff's request for remand (ECF No. 5), **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 6); **AFFIRMS** the decision of the Commissioner; and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: April 26, 2024

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE